IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROSEMARIE HARRIS,

    Plaintiff,

vs.                        Case No. 16-2289-JTM

MIDLAND CREDIT MANAGMENT, INC.,

    Defendant.

MEMORANDUM AND ORDER

The court hereby adopts and incorporates the findings of fact and conclusions of law in its Order of December 30, 2016 (Dkt. 31) in *Boedicker v. Midland Credit Mgt.*, Case No. 16-2213-JTM, an action in which the issues of fact and law are essentially identical to the present action. *See* Order, at 1, n. 1. For the reasons identified in the *Boedicker* Order of December 30, the court hereby grants defendant's Motion for Summary Judgment (Dkt. 14), and denies plaintiff Harris's Motion for Summary Judgment (Dkt. 16).

IT IS SO ORDERED this 9th day of February, 2017.

                                                s/ J. Thomas Marten
                                                J. THOMAS MARTEN, JUDGE